# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 17, 2024

### NO. 03-23-00090-CV

**Ken Paxton in his Official Capacity as Texas Attorney General and Greg Abbott in his Official Capacity as Texas Governor, Appellants**

**v.**

**American Oversight, Appellee**

**APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND THEOFANIS
AFFIRMED -- OPINION BY JUSTICE THEOFANIS**

This is an appeal from the interlocutory order signed by the trial court on February 23, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's interlocutory order. Therefore, the Court affirms the trial court's interlocutory order. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.